JOSEPHINE D. GINISE ET AL. *v*. PLANNING AND ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH ET AL.

The motion by the defendant Everett P. Sherwood, trustee, to strike certain assignments of error in the appeal from the Court of Common Pleas in Fairfield County is denied.

*Sidney Vogel*, in support of the motion.

Submitted September 22—decided September 29, 1969

ANDREW ROSSETTI *v*. THE CITY OF NEW BRITAIN

The motion by the plaintiff to dismiss the appeal from the Superior Court in New Haven County at Waterbury is denied.

*Herbert Watstein*, for the appellee (plaintiff).

*George J. Coyle*, city attorney, for the appellant (defendant).

Argued October 7—decided October 7, 1969

STATE OF CONNECTICUT *v*. JACK L. ROACH

There being no appeal from the Superior Court in Tolland County now pending, the motion by the state to dismiss the appeal for failure to file an assignment of errors is dismissed.

*John G. Hill, Jr.*, assistant attorney general, for the appellee (state).

*Daniel W. Moger, Jr.*, for the appellant (defendant).